UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOSEPH JONES** | **CIV. ACTION NO. 3:21-02722** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ENVIRONMENTAL OIL RECOVERY, INC.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT OF REMAND

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the above-captioned cause is hereby remanded to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana.

Monroe, Louisiana, this 7th day of February 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE